**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

**BEFORE: ARLENE R. LINDSAY** **DATE: 6/11/2025**
**United States Magistrate Judge**

**TIME: 11:15 AM**

**DOCKET NO: 24-cv-8925 (OEM)**

**CASE:** Ogletree v. County of Nassau, et al

__X__ **INITIAL CONFERENCE**
_____ **STATUS CONFERENCE**
__X__ **SCHEDULING CONFERENCE** **BY TELEPHONE X**
__X__ **SETTLEMENT CONFERENCE**
_____ **FINAL CONFERENCE**
_____ **MOTION HEARING**

**APPEARANCES**

**FOR PLAINTIFF:**
**Pablo A. Fernandez**

**FOR DEFENDANTS:**
**John Carnevale**

**The following rulings were made:**

**The parties' meeting plan was approved as modified. A schedule will be entered under a separate order.**

**SO ORDERED:**
__________/s/__________