UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X **2:24-cv-08925(OEM)(ARL)**

ROBERT OGLETREE,

Plaintiff,

-against-

COUNTY OF NASSAU, NASSAU COUNTY CORRECTIONAL CENTER, NASSAU COUNTY SHERIFF'S DEPARTMENT, NASSAU COUNTY SHERIFF ANTHONY J. LaROCCO, in his official capacity, CORRECTION OFFICER JOHN DOES #1-10 (fictitiously named), in their individual and official capacities,

Defendants.

------------------------------------------------------------------------ X

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, parties and counsels for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action, is dismissed **WITH PREJUDICE,** and without costs or attorney fees to either party as against the other.

DATED: October 16, 2025
Garden City, New York

**ATTORNEYS FOR PLAINTIFF:**

**HORN WRIGHT, LLP**
*Attorneys for Plaintiff*

By: ______________________________
Pablo A. Fernandez
400 Garden City Plaza, Suite 500
Garden City, New York 11530
Ph: 516.355.9696
paf@hornwright.com

**PLAINTIFF:**

Robert Ogletree
_______________________
ROBERT OGLETREE

DATED: October _____, 2025
Mineola, New York

**ATTORNEY FOR DEFENDANTS:**

**NASSAU COUNTY ATTORNEY'S OFFICE**
*Attorneys for Defendants*

By: _______________________
John Carnevale, Esq.
1 West Street
Mineola, New York 11501
Ph.: 516.571.1799
jcarnevale@nassaucountyny.gov

**SO ORDERED:**

_______________________
HON. ARLENE R. LINDSAY, U.S.M.D.J.